BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>      Plaintiff,<br><br>      v.<br><br>144TH FIGHTER WING, CALIFORNIA AIR NATIONAL GUARD, DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), HARRY M. WYATT III, DAVID S. BALDWIN, SAMI D. SAID, MARK GROVES, TERESA McKAY, and DOES ONE THROUGH TEN,<br><br>      Defendants. | 2:12-cv-2466 WBS DAD<br><br>**ORDER APPROVING STIPULATION** |

The parties' stipulation to file the First Amended Complaint and to extend the time for response by defendants except the California Military Department, filed January 25, 2013, hereby is APPROVED. The attached First Amended Complaint hereby is FILED.

DATED: January 29, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE