UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GARY TAYLOR,

      Plaintiff,

  v.

144TH FIGHTER WING, CALIFORNIA AIR NATIONAL GUARD, CALIFORNIA NATIONAL GUARD, DEFENSE FINANCE AND ACCOUNTING SERVICES (DFAS), HARRY M. WYATT III, DAVID S. BALDWIN, SAMI D. SAID, MARK GROVES, TERESA MCKAY, and DOES ONE THROUGH TEN,

      Defendants.
_____/

NO. CIV. 2:12-2466 WBS DAD

MEMORANDUM AND ORDER RE: MOTION TO DISMISS

----oo0oo----

      Plaintiff Gary Taylor brought suit against defendants 144th Fighter Wing ("FANG"), California Air National Guard ("CANG"), California National Guard ("CNG"), Defense Finance and Accounting Services ("DFAS"), Lieutenant General Harry M. Wyatt III, Director of the Air National Guard, Major General David S. Baldwin, Adjutant General of the California Military Department,

1

Colonel Sami D. Said, Commander of FANG, Lieutenant Colonel Mark Groves, comptroller of FANG, and Teresa McKay, director of DFAS, asserting claims arising from a dispute over payments that plaintiff received while serving as a dual-status military technician employed by CANG.  Plaintiff filed a First Amended Complaint ("FAC") on January 29, 2013.[1]  (Docket No. 21.)

As to FANG, CANG, and CNG (collectively, the "California Military Department"), plaintiff brings claims for violation of privacy under the Information Practices Act of 1977, Cal. Civ. Code § 1798.45; violation of privacy for disclosure of improperly maintained records under the Information Practices Act of 1977, Cal. Civ. Code § 1798.18; violation of privacy under the California Public Records Act, Cal. Gov't Code §§ 6250-6277; negligent disclosure of records; false light invasion of privacy; and intentional infliction of emotional distress (also against Wyatt).  Plaintiff brings a claim against DFAS for violation of privacy under the Privacy Act of 1974, 5 U.S.C. § 552a, and for an injunction pursuant to § 552a(g)(3)(A) ordering DFAS to release records requested by plaintiff and to amend records related to plaintiff.[2]  Finally, he brings claims against Wyatt,

---

[1]   Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

[2]   Plaintiff titles his ninth cause of action "Ninth Cause of Action for Order Enjoining FANG, CANG, and CNG."  (FAC at 19:19.)  However, under that heading, plaintiff then asserts that he seeks "an order under 5 U.S.C. 552a(g)(3)(A) enjoining DFAS from withholding the records requested by plaintiff, and for an[] order under 5 U.S.C. 552a(g)(2)(A) ordering DFAS to amend its records . . . ."  (Id. ¶ 140.)  Given the nature of plaintiff's request and because plaintiff does not oppose dismissing his claims against the California Military Department, but seeks to

Baldwin, Said, Groves, and McKay for violation of civil rights under 42 U.S.C. 1983 and against Wyatt and McKay for violation of civil rights under <u>Bivens</u>.  The California Military Department moves to dismiss the claims against it pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  (Docket No. 17.)

     Plaintiff does not oppose California Military Department's motion to dismiss pursuant to Rule 12(b)(1) on the ground that the court lacks subject matter jurisdiction to adjudicate the claims against the California Military Department.[3]  (Non-Opp'n at 1:19-22 (Docket No. 24).)  Accordingly, California Military Department's motion must be granted.

     IT IS THEREFORE ORDERED that the 144th Fighter Wing, California Air National Guard, and California National Guard's motion to dismiss be, and the same hereby is, GRANTED with prejudice.

DATED:  February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

continue to litigate this claim, the court will interpret this claim to be one for injunctive relief against DFAS.

[3] Plaintiff requests leave to continue to litigate his first, second, eighth, ninth, and tenth causes of action in federal court.  The court expresses no opinion as to whether those claims may be maintained in federal court as that issue is not currently before it.

3