BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>144TH FIGHTER WING, CALIFORNIA AIR NATIONAL GUARD, DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), HARRY M. WYATT III, DAVID S. BALDWIN, SAMI D. SAID, MARK GROVES, TERESA McKAY, and DOES ONE THROUGH TEN,<br><br>        Defendants. | 2:12-cv-2466 WBS DAD<br><br>**ORDER APPROVING CLARIFYING STIPULATION** |

The Clarifying Stipulation filed February 28, 2013 (Docket No. 27), hereby is APPROVED.

DATED: March 1, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER APPROVING CLARIFYING STIPULATION                                      Page 1