BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Federal Defendant Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), HARRY M. WYATT III, DAVID S. BALDWIN, SAMI D. SAID, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,<br><br>    Defendants. | 2:12-cv-2466-WBS-DAD<br><br>**STIPULATION AND ORDER CONFORMING TIMES TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate as follows:

1.      Process service upon DFAS under Fed. R. Civ. P. 4(i)(2) and upon the United States under Fed. R. Civ. P. 4(i)(1) has previously been waived. See Order filed March 15, 2013, at 2. Individual-capacity defendants Lt Gen Harry M. Wyatt II, MG David S. Baldwin, and Lt Col Mark Groves have received process service. Individual-capacity defendant Brig Gen Sami D. Said, who currently is on a one-year deployment in Afghanistan, has not received process service. This stipulation is not an appearance by Brig Gen Said; his time to respond to the complaint has not yet begun to run.

2. Individual-capacity defendant Teresa McKay, Director, DFAS, received the summons and first amended complaint by certified mail on May 16, 2013. This conformed to Cal. Code Civ. Proc. § 415.40, a state law process service provision that a plaintiff may use under Fed. R. Civ. P. 4(e)(1). Under Section 415.40, process service was effective May 28, 2013. Under Fed. R. Civ. P. 12(a)(3), Director McKay's response to the complaint is due July 29, 2013.

3. The parties previously stipulated to conform the time for response to the complaint by the United States, DFAS, and the first two individual defendants to be served, to the date for response by the third individual defendant to be served. Order filed March 15, 2013, at 2. The parties have calculated that date as June 14, 2013, based on the date of service on Lt Gen Wyatt.

4. Because it is desirable to have all responses to the complaint due on the same date, the parties now stipulate, subject to the approval of the Court as provided for hereon, that the time for response to the complaint by defendants United States, DFAS, Lt Gen Harry M. Wyatt II, MG David S. Baldwin, and Lt Col Mark Groves, be EXTENDED for an initial period (for Lt Gen Wyatt) or a further period (for the United States, DFAS, MG Baldwin, and Lt Col Groves) of 45 days, until the date for Director McKay's response to the complaint, that is, July 29, 2013.

Dated: June 9, 2013
LAW OFFICES OF JAMES BROCK WALKER

 /s/ JWalker (as authorized on 6/9/13)
JAMES BROCK WALKER

Dated: June 7, 2013
BENJAMIN B. WAGNER
United States Attorney

 /s/ YHimel
YOSHINORI H. T. HIMEL
Assistant United States Attorney

## ORDER

Upon the parties' stipulation, the time for response to the complaint by defendants United States, DFAS, Harry M. Wyatt II, David S. Baldwin, and Mark Groves, is EXTENDED until the

STIPULATION AND ORDER CONFORMING TIMES TO RESPOND TO COMPLAINT      2

date for defendant Teresa McKay's response to complaint, namely, July 29, 2013. The time for unserved defendant Sami D. Said to respond to the complaint has not yet begun to run.

It is APPROVED and SO ORDERED.

Dated: June 17, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE