1 | BENJAMIN B. WAGNER
United States Attorney
2 | YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2760
Facsimile: (916) 554-2900
5 | email: yoshinori.himel@usdoj.gov

6 | Attorneys for Federal Defendants, Defense Finance and Accounting Service, United States of America, Harry M. Wyatt III, David S. Baldwin, Mark Groves, and Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>          Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), UNITED STATES OF AMERICA, HARRY M. WYATT III, DAVID S. BALDWIN, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,<br><br>          Defendants. | 2:12-cv-2466-WBS-DAD<br><br>**STIPULATION AND ORDER FOR ONE-WEEK EXTENSION OF TIME TO RESPOND TO COMPLAINT, AND BRIEFING SCHEDULE** |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate as follows:

1. The time for defendants to respond to the complaint shall be extended for one week, from July 29 until August 5, 2013.

2. For Teresa McKay, this time has not been extended before. For Harry M. Wyatt III, the total previous extension was 45 days. For David S. Baldwin and Mark Groves, the total previous extension was 77 days. For the United States and DFAS, the total previous extension, measured from the 60th day after the waiver of process service upon the United States and DFAS in the Joint Status Report filed March 4, 2013, was 87 days.

STIPULATION AND ORDER FOR ONE-WEEK EXTENSION OF TIME TO
RESPOND TO COMPLAINT, AND BRIEFING SCHEDULE      1

3. Defendants contemplate filing motions for dismissal and summary judgment by August 5, 2013, to be set for hearing September 9, 2013, at 2:00 before Judge Shubb. Plaintiff contemplates filing a motion for leave to amend the complaint by the same date, set for the same hearing date.

4. Oppositions to the motions for dismissal and summary judgment and to the motion for leave to amend shall be filed by August 19, 2013, and replies if any shall be filed by August 30, 2013.

Dated: July 26, 2013                                    LAW OFFICES OF JAMES BROCK WALKER

                                                        /s/ James Brock Walker (as authorized 7/26/13)
                                                        JAMES BROCK WALKER

Dated: July 26, 2013                                    BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ YHimel
                                                        YOSHINORI H. T. HIMEL
                                                        Assistant United States Attorney

## ORDER

Upon the parties' stipulation, the time for response to the complaint by defendants DFAS, United States, Harry M. Wyatt II, David S. Baldwin, Mark Groves, and Teresa McKay, is EXTENDED until August 5, 2013. Plaintiff may file a motion for leave to amend by August 5, 2013. Oppositions shall be filed by August 19, 2013, and replies, if any, shall be filed by August 30, 2013.

It is APPROVED and SO ORDERED.

Dated: July 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE