BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Federal Defendants, Defense Finance and Accounting Service, United States of America, Harry M. Wyatt III, David S. Baldwin, Mark Groves, and Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GARY TAYLOR,

Plaintiff,

v.

DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), UNITED STATES OF AMERICA, HARRY M. WYATT III, DAVID S. BALDWIN, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,

Defendants.

2:12-cv-2466-WBS-DAD

**STIPULATION AND ORDER TO CONTINUE HEARING AND RESET BRIEFING SCHEDULE ON MOTIONS FILED AUGUST 5, 2013**

Old date: Sept. 9, 2013
New date: Oct. 21, 2013
Time: 2:00 PM
Ctrm: 5 (Judge Shubb)

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate as follows:

1. That the hearing on defendants' dispositive motions filed August 5, 2013, set for September 9, 2013, at 2:00 PM, be CONTINUED until October 21, 2013, at 2:00 PM, before Judge Shubb.

2. That the briefing dates set by Order filed July 30, 2013, be EXTENDED as follows: oppositions from August 19 until September 3, 2013; and replies from August 30 until October 7, 2013.

3. The reason to extend the opposition date is that after reading the motions, plaintiff's counsel needs an extra two weeks to oppose. The reason to extend the reply date is that defense counsel

is on leave September 10 through 27 and expects to need ten working days to discuss issues raised in opposition with Department of Defense lawyers in three locations and to prepare and file defendants' replies.

4. No previous extension of these times has been sought or granted.

Dated: August 15, 2013

LAW OFFICES OF JAMES BROCK WALKER

/s/JWalker (as authorized 8/15/13)
JAMES BROCK WALKER

Dated: August 15, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ YHimel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, the hearing on defendants' dispositive motions filed August 5, 2013, set for September 9, 2013, at 2:00 PM, is CONTINUED until October 21, 2013, at 2:00 PM, before Judge Shubb, with oppositions due September 3, 2013, and replies duel October 7, 2013

It is APPROVED and SO ORDERED.

Dated: August 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE