1  JAMES BROCK WALKER (Ca State Bar No. 155048)
   P.O. Box 5305
2  Vandenberg AFB, CA  93437
    (916) 995-4760 (phone)
3  jwalker345@aol.com
   Attorney for Plaintiff
4

5

6

7

8
                        UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
                              SACRAMENTO DIVISION
10

11

12 GARY TAYLOR,                    )    No.: 2:12-cv-02466 WBS DAD
                                   )
13              Plaintiff,         )    **STIPULATION AND ORDER TO**
                                   )    **CONTINUE HEARING AND**
14      vs.                        )    **RESET BRIEFING SCHEDULE ON**
                                   )    **MOTIONS FILED AUGUST 5, 2013**
15 DEFENSE FINANCE AND ACCOUNTING   )
   SERVICE (DFAS), UNITED STATES OF )    Old date:  Oct. 21, 2013
16 AMERICA, HARRY M. WYATT III, DAVID)   New date:  Nov 18, 2013
   S. BALDWIN, MARK GROVES, TERESA  )    Time:      2:00 PM
17 MCKAY, and DOES ONE THROUGH TEN. )    Ctrm:      5 (Judge Shubb)
                Defendants.        )
18

19
        The parties, through their undersigned counsel, subject to the approval of the Court as
20
   provided for hereon, stipulate as follows:
21
        1.      That the hearing on defendants' dispositive motions filed August 5, 2013, set for
22
   October 21, 2013, at 2:00 PM, be CONTINUED for four weeks, until November 18, 2013, at
23
   2:00 PM, before Judge Shubb.
24


STIPULATION AND ORDER TO CONTINUE HEARING AND
RESET BRIEFING SCHEDULE ON MOTIONS FILED AUGUST 5, 2013

2. That the briefing dates set by Order filed August 16, 2013, be EXTENDED by the same four-week amount as follows: oppositions from September 3 until October 1, 2013; and replies from October 7 until November 4, 2013.

3. One previous continuance has been granted by Order filed August 16, 2013, extending the opposition time by two weeks.

4. The reason to extend the opposition date is that after reading the motions, plaintiff's counsel needs an extra four weeks to conclude settlement discussions already initiated, and to oppose, including possibly bringing significant new evidence. Such evidence may require defendants to use the full time allowed for replies.

| | |
|---|---|
| Dated: September 3, 2013 | LAW OFFICES OF JAMES BROCK WALKER |
| | /s/JWalker (as authorized 9/3/13) |
| | JAMES BROCK WALKER |
| Dated: September 3, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ YHimel* (as authorized 9/3/13) |
| | YOSHINORI H. T. HIMEL<br>Assistant United States Attorney |

## **ORDER**

Upon the parties' stipulation, the hearing on defendants' dispositive motions (Docket Nos. 39 and 40) filed August 5, 2013, set for October 21, at 2:00 PM, is CONTINUED until

STIPULATION AND ORDER TO CONTINUE HEARING AND
RESET BRIEFING SCHEDULE ON MOTIONS FILED AUGUST 5, 2013

November 18, 2013, at 2:00 PM, before Judge Shubb, with oppositions due October 1, 2013, and replies due November 4, 2013.

It is APPROVED and SO ORDERED.

Dated:  September 3, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE