JAMES BROCK WALKER (Ca State Bar No. 155048)
P.O. Box 641
Waldport, OR 97394
 (916) 995-4760 (phone)
jwalker345@aol.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| GARY TAYLOR, | ) | No.: 2:12-cv-02466 WBS DAD |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE HEARING AND** |
| vs. | ) | **RESET BRIEFING SCHEDULE ON** |
| | ) | **MOTIONS FILED AUGUST 5, 2013** |
| DEFENSE FINANCE AND ACCOUNTING | ) | |
| SERVICE (DFAS), UNITED STATES OF | ) | Old date: Nov 18, 2013 |
| AMERICA, HARRY M. WYATT III, DAVID | ) | New date: Dec 16, 2013 |
| S. BALDWIN, MARK GROVES, TERESA | ) | Time: 2:00 PM |
| MCKAY, and DOES ONE THROUGH TEN. | ) | Ctrm: 5 (Judge Shubb) |
| Defendants. | ) | |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate as follows:

1. That the hearing on defendants' dispositive motions filed August 5, 2013, set for November 18, at 2:00 PM, be CONTINUED for four weeks, until December 16, 2013, at 2:00 PM, before Judge Shubb.

STIPULATION AND ORDER TO CONTINUE HEARING AND
RESET BRIEFING SCHEDULE ON MOTIONS FILED AUGUST 5, 2013

2. That the briefing dates set by Order filed September 3, 2013, be EXTENDED by the same four-week amount as follows: oppositions from October 1, 2013 until November 4, 2013; and replies from November 4, 2013 until December 2, 2013.

3. Two previous continuance has been granted by Order filed August 16, 2013, extending the opposition time by two weeks, and on September 3, 2013, extending the opposition time until October 1, 2013.

4. The reason to extend the opposition date is that plaintiff's counsel needs an extra four weeks to oppose, and defendant's counsel is being furloughed during the pending government shutdown.

Dated: September 30, 2013          LAW OFFICES OF JAMES BROCK
                                    WALKER

                                    /s/JWalker (as authorized 9/30/13)
                                    JAMES BROCK WALKER

Dated: September 30, 2013          BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ YHimel* (as authorized 9/30/13)
                                    YOSHINORI H. T. HIMEL
                                    Assistant United States Attorney

## **ORDER**

Upon the parties' stipulation, the hearing on defendants' dispositive motions filed August 5, 2013 (Docket Nos. 39 and 40), set for November 18, at 2:00 PM, is CONTINUED

1 until December 16, 2013, at 2:00 PM, before Judge Shubb, with oppositions due November 4,

2 2013, and replies due December 2, 2013.

3     It is APPROVED and SO ORDERED.

4 Dated: October 1, 2013

5 _____
WILLIAM B. SHUBB
6 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION AND ORDER TO CONTINUE HEARING AND
RESET BRIEFING SCHEDULE ON MOTIONS FILED AUGUST 5, 2013