BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Federal Defendants, Defense Finance and Accounting Service, United States of America, Harry M. Wyatt III, David S. Baldwin, Mark Groves, and Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), UNITED STATES OF AMERICA, HARRY M. WYATT III, DAVID S. BALDWIN, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,<br><br>　　　　Defendants. | 2:12-cv-2466-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME FOR OPPOSITION AND REPLY**<br><br>Date:　　Dec. 30, 2013<br>Time:　　2:00 PM<br>Ctrm:　　5 (Judge Shubb) |

　　　　The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, recite and stipulate as follows:

RECITALS

　　　　1.　　Defendants filed dispositive motions on August 6, 2013. Plaintiff opposed and filed a motion to amend the complaint on November 4, 2013. By Minutes filed November 14, 2013, the Court *sua sponte* reset the hearing from December 16 to December 30, 2013, with no change to the December 2 date for defendants' replies for dismissal and summary judgment and defendants' opposition to amendment.

　　　　2.　　Defense counsel needs additional time to communicate with agency counsel, prepare and

STIPULATION AND ORDER TO EXTEND
DEFENDANTS' TIME FOR OPPOSITION AND REPLY                                            1

finalize supplemental declarations, and write and obtain and respond to internal review of the reply and opposition papers.

3. No previous extension of this time has been sought or granted.

## STIPULATION

4. That defendants' time to reply to plaintiff's oppositions to defendants' dispositive motions filed August 6, 2013, set by Order filed October 2, 2013, and defendants' time to oppose plaintiff's motion to amend filed November 4, 2013, be EXTENDED from December 2, 2013, until December 16, 2013.

Dated: November 22, 2013         LAW OFFICES OF JAMES BROCK WALKER

　　　　　　　　　　　　　　　　 */s/ James Brock Walker*
　　　　　　　　　　　　　　　　 JAMES BROCK WALKER (as authorized 11/22/13)

Dated: November 21, 2013         BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　 United States Attorney

　　　　　　　　　　　　　　　　 */s/ YHimel*
　　　　　　　　　　　　　　　　 YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　 Assistant United States Attorney

## ORDER

Because the foregoing stipulation is inconsistent with the court's schedule, it will not be approved. Even though the hearing on the motion has been continued from December 16, 2013 to December 30, 2013, the court still needs to have the motion briefed by December 9, 2013. Accordingly, the request to extend defendants' time to oppose plaintiff's motion to amend filed November 4, 2013, is DENIED.

It is SO ORDERED.

Dated: November 25, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
DEFENDANTS' TIME FOR OPPOSITION AND REPLY                                    2