BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Federal Defendants, Defense Finance and Accounting Service, United States of America, Harry M. Wyatt III, David S. Baldwin, Mark Groves, and Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>  Plaintiff,<br><br>  v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), UNITED STATES OF AMERICA, HARRY M. WYATT III, DAVID S. BALDWIN, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,<br><br>  Defendants. | 2:12-cv-2466-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' REPLY TIME UNTIL DECEMBER 9, 2013**<br><br>Date:   Dec. 30, 2013<br>Time:  2:00 PM<br>Ctrm:   5 (Judge Shubb) |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, recite and stipulate as follows:

RECITALS

1. Currently, defendants' replies to plaintiff's oppositions to defendants' dismissal and summary judgment motions are due December 2, 2013. Defendants' opposition to plaintiff's motion to amend the complaint is due December 2, 2013, and plaintiff's reply supporting amendment is due December 9, 2013.

2. By Order filed November 25, 2013, the Court declined to approve a stipulated extension of defendants' time to oppose amendment and reply in support of its dismissal and summary judgment

1  motions from December 2 to December 16, 2013.

2      3.    The Order expressed a need for the motions to be briefed by December 9, 2013, which is

3  the date for plaintiff's reply to opposition to amendment.

4      4.    Despite working nights and weekends to meet these and other impending filing deadlines,

5  defense counsel cannot complete all three papers, and in particular the replies supporting dismissal and

6  summary judgment, by December 2, 2013. Defendants request that their opposition to amendment

7  continue to be due December 2, 2013, but that the date for their replies supporting dismissal and

8  summary judgment be extended for one week, from December 2 until December 9, 2013.

9      5.    This time has not been extended before now.

## STIPULATION

11      6.    That defendants' time to reply to plaintiff's oppositions to defendants' dismissal and

12  summary judgment motions filed August 6, 2013, be EXTENDED from December 2, 2013, until

13  December 9, 2013.

Dated: November 25, 2013        LAW OFFICES OF JAMES BROCK WALKER

                              /s/ James Brock Walker
                              (As authorized 11/25/13)
                              JAMES BROCK WALKER

Dated: November 25, 2013        BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ YHimel
                              YOSHINORI H. T. HIMEL
                              Assistant United States Attorney

## ORDER

23  Upon the parties' stipulation, defendants' time to reply to plaintiff's oppositions to defendants'

24  dispositive motions filed August 6, 2013, is EXTENDED from December 2 until December 9, 2013.

25  Defendants' time to oppose plaintiff's motion to amend remains December 2, 2013, and plaintiff's time

26  to reply in support of amendment remains December 9, 2013.

27      It is SO ORDERED.

28  Dated: November 26, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND
DEFENDANTS' REPLY TIME UNTIL DECEMBER 9, 2013    2