BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Federal Defendants, Defense Finance and Accounting Service, United States of America, Harry M. Wyatt III, David S. Baldwin, Mark Groves, and Teresa McKay

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE (DFAS), UNITED STATES OF AMERICA, HARRY M. WYATT III, DAVID S. BALDWIN, MARK GROVES, TERESA MCKAY, AND DOES ONE THROUGH TEN,<br><br>    Defendants. | 2:12-cv-2466-WBS-DAD<br><br>**STIPULATION AND ORDER TO SUBSTITUTE MOTION EVIDENCE REDACTED UNDER L.R. 140(a)**<br><br>Date:    Dec. 30, 2013<br>Time:   2:00 PM<br>Ctrm:   5 (Judge Shubb) |

The parties, through their undersigned counsel, subject to the approval of the Court as provided for hereon, stipulate as follows:

1. That the accompanying Declaration of Phillip C. Tincher, with its exhibits, be substituted in place of ECF documents 39-3 and 40-2.

2. That the accompanying Declaration of Gregory L. Outlaw, with its exhibits, be substituted in place of ECF documents 39-2 and 40-3.

3. The only change from the already-filed documents to this version is redactions under L.R. 140(a).

| | | |
|---|---|---|
| 1 | Dated: December 6, 2013 | LAW OFFICES OF JAMES BROCK WALKER |
| 2 | | */s/ James Brock Walker* |
| | | (As authorized 12/6/13) |
| 3 | | JAMES BROCK WALKER |
| 4 | | |
| 5 | Dated: November 25, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| 6 | | */s/ YHimel* |
| 7 | | YOSHINORI H. T. HIMEL<br>Assistant United States Attorney |

## ORDER

Upon the parties' stipulation, the Clerk shall replace ECF documents 39-3 and 40-2 with the recently-submitted version of the Declaration of Phillip C. Tincher, with its exhibits, and shall replace ECF documents 39-2 and 40-3 with the recently-submitted version of the Declaration of Gregory L. Outlaw, with its exhibits.

It is SO ORDERED.

Dated: December 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE