UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GARY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>144TH FIGHTER WING; CALIFORNIA AIR NATIONAL GUARD; CALIFORNIA NATIONAL GUARD; DEFENSE FINANCING AND ACCOUNTING SERVICES; HARRY M. WYATT, III; DAVID S. BALDWIN; SAMI D. SAID; MARK GROVES; TERESA MCKAY; and DOES 1-10,<br><br>        Defendants. | No. 2:12-cv-2466 WBS DAD<br><br><u>ORDER RELATING CASES</u> |
| GARY TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>DEFENSE FINANCE AND ACCOUNTING SERVICE; CALIFORNIA NATIONAL GUARD; and DOES 1-10,<br><br>        Defendants. | No. 2:25-cv-3667 TLN AC |

----oo0oo----

1

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar claims, and involve similar questions of law and fact. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Gary Taylor v. 144th Fighter Wing, et al., Case No. 2:12-cv-2466 WBS DAD, and Gary Taylor v. Defense Finance and Accounting Service, et al., Case No. 2:25-cv-3667 TLN AC, be, and the same hereby are, deemed related. The case denominated Gary Taylor v. Defense Finance and Accounting Service, et al., Case No. 2:25-cv-3667 TLN AC, shall be reassigned to Judge WILLIAM B. SHUBB and Judge ALLISON CLAIRE. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Gary Taylor v. Defense Finance and Accounting Service, et al., Case No. 2:25-cv-3667 WBS AC.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

2

IT IS SO ORDERED.

Dated:  May 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE